JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MYTHYAS TROY GODIAVA, aka<br>WYATT GODIAVA,<br><br>            Defendant. | NO. CR20-117RSL<br><br>ORDER GRANTING MOTION FOR<br>EARLY TERMINATION OF<br>SUPERVISED RELEASE<br><br>(PROPOSED) |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Godiava's supervised release is warranted by the conduct of Mr. Godiava and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Godiava shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this __1st__ day of __November__, 2021.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Wyatt Godiava*; CR20-117RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Wyatt Godiava
Office of the Federal Public Defender

ORDER GRANTING MOTION
FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Wyatt Godiava*; CR20-117RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100